SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
PAUL BERKOWITZ, Cal. Bar No. 251077
pberkowitz@sheppardmullin.com
RAYMOND J. NHAN, Cal. Bar No. 306696
rnhan@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067
Telephone:  310.228.3700
Facsimile:   310.228.3701

Attorneys for Defendant
COX AUTOMOTIVE CORPORATE
SERVICES, LLC

Justin L. Clark, SBN 305503
JLC Employment Law
95 Third Street, 2nd Floor
San Francisco, CA 94103
Justin@JLCemploymentlaw.com
Phone: (415) 320-6565

Attorneys for Plaintiff
BRIAN YU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN YU;<br><br>                 Plaintiff,<br><br>        v.<br><br>COX AUTOMOTIVE<br>CORPORATE SERVICES, LLC;<br>and DOES 1 through 50, inclusive.<br><br>                 Defendants. | Case No. 3:25-cv-08843-TSH<br><br>[~~PROPOSED~~] ORDER *AS AMENDED BY THE COURT* GRATNING JOINT STIPULATION ALLOWING PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT IN ACCORDANCE WITH RULE 15(a)(2)<br><br>Complaint Filed: September 15, 2025 |

**[PROPOSED] ORDER AS AMENDED BY THE COURT**

Having considered the Parties' Joint Stipulation, and pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff shall file its First Amended Complaint within ten (10) days of the Court's order approving the Parties' joint stipulation. Defendant's Answer filed in state court shall be deemed the operative Answer to the First Amended Complaint with its affirmative defenses preserved and applicable to the First Amended Complaint. Defendant shall answer the FAC per Rule 15.

The filing of the First Amended Complaint shall not alter any existing case management deadlines unless otherwise ordered by the Court.

**IT IS SO ORDERED.**

Dated: March 12, 2026

Hon. Thomas S. Hixon
United States Magistrate Judge

Case No. 3:25-cv-08843-TSH

[PROPOSED] ORDER GRANTING JOINT STIPULATION